```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERT PIEKARZ,                             :
                        Plaintiff,          :
                                            :
v.                                          :
                                            :
ROBERT FUCHS,                               :
                        Defendant.          :
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-7-11

**MEMORANDUM DECISION**

11 CV 8118 (VB)

Briccetti, J.:

Plaintiff filed a complaint on November 10, 2011, alleging conversion. Defendant pro se submitted a letter to the Court on December 6, 2011, which the Court deems a motion to dismiss. Because the letter merely denies the factual allegations of the complaint and does not seek to dismiss the complaint on legal grounds, this motion is DENIED.

Defendant is directed to answer or otherwise respond to the complaint by January 6, 2012.

Dated: December 7, 2011
       White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed ∆ 12-7-11
Chambers of Vincent L. Briccetti