UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT PIEKARZ,                               :
                Plaintiff,           :
                                           :
v.                                            :
                                           :
ROBERT FUCHS,                                 :
                Defendant.           :
------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 12-7-11

## MEMORANDUM DECISION

11 CV 8118 (VB)

Briccetti, J.:

      Plaintiff filed a complaint on November 10, 2011, alleging conversion. Defendant pro se submitted a letter to the Court on December 6, 2011, which the Court deems a motion to dismiss. Because the letter merely denies the factual allegations of the complaint and does not seek to dismiss the complaint on legal grounds, this motion is DENIED.

      Defendant is directed to answer or otherwise respond to the complaint by January 6, 2012.

Dated: December 7, 2011
       White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti